IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THADDEUS L. JARVIS**     **PLAINTIFF**

**v.**     **No. 4:20CV193-NBB-JMV**

**COMMISSIONER PELICIA HALL, ET AL.**     **DEFENDANTS**

**ORDER GRANTING DEFENDANTS' MOTION [21]
TO FILE RESPONSE TO COURT'S PROCESS ORDER UNDER SEAL**

This matter comes before the court on the motion [21] by the defendants to file their response to the court's service and scheduling order under seal. As the document in question contains sensitive information, the instant motion [21] is **GRANTED**. The Clerk of the Court is **DIRECTED** to restrict access to the defendants' response to parties only.

**SO ORDERED**, this, the 21st day of April, 2021.

                                                    /s/    Jane M. Virden
                                                    UNITED STATES MAGISTRATE JUDGE