IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THADDEUS L. JARVIS**                                                               **PLAINTIFF**

v.                                                                    No. 4:20CV193-NBB-JMV

**COMMISSIONER PELICIA HALL, ET AL.**                               **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day:

(1) The plaintiff's allegations regarding *failure to protect him* from attack by other inmates, *delay in medical treatment*, and for the *taking of his property* without due process of law are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

(2) The plaintiff's allegations regarding *general conditions of confinement* and *excessive force* will, however, **PROCEED**.

(3) The court will direct that process issue by separate order.

**SO ORDERED**, this, the 21st day of April, 2021.

                                                    /s/ Neal Biggers
                                                    NEAL B. BIGGERS
                                                    SENIOR U. S. DISTRICT JUDGE