IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THADDEUS L. JARVIS**      **PLAINTIFF**

**v.**      **No. 4:20CV193-NBB-JMV**

**COMMISSIONER PELICIA HALL, ET AL.**      **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S
### MOTION [58] FOR DISCOVERY

The plaintiff has filed a motion [58] to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. The plaintiff has not provided sufficient justification for discovery beyond the limits set forth in that order. As such, he is not entitled to conduct discovery at this time, and the motion [58] is **DENIED**.

**SO ORDERED**, this, the 8th day of November, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE