IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THADDEUS L. JARVIS**                                          **PLAINTIFF**

v.                                         **No. 4:20CV193-NBB-JMV**

**COMMISSIONER PELICIA HALL, ET AL.**                      **DEFENDANTS**

**ORDER DISMISSING DEFENDANT LEATHER WILLIAMS
FOR INABILITY TO LOCATE HER FOR SERVICE OF PROCESS**

On October 4, 2021, the court entered an order requiring the plaintiff, within 21 days, to provide a valid address for service of process as to defendant Leather Williams, who has left the employ of the Mississippi Department of Corrections ("MDOC"). The United States Marshal Service has attempted service of process using her last known address, as provided by MDOC, but could not locate her at that address. As the United States Marshal Service cannot serve Ms. Williams with process using the available address, the court cannot establish personal jurisdiction over her. As such, defendant Leather Williams is **DISMISSED** without prejudice for want of personal jurisdiction.

**SO ORDERED**, this, the 9th day of November, 2021.

                                                         /s/ Neal Biggers
                                                         NEAL B. BIGGERS
                                                         SENIOR U. S. DISTRICT JUDGE