IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THADDEUS L. JARVIS**                                                    **PLAINTIFF**

**v.**                                           **No. 4:20CV193-NBB-JMV**

**COMMISSIONER PELICIA HALL, ET AL.**                             **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants in all respects.

**SO ORDERED**, this, the 10th day of January, 2022.

                                                             /s/ Neal Biggers
                                                             NEAL B. BIGGERS
                                                            SENIOR U. S. DISTRICT JUDGE