IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THADDEUS L. JARVIS**                                                       **PLAINTIFF**

**v.**                                                         **No. 4:20CV193-NBB-JMV**

**COMMISSIONER PELICIA HALL, ET AL.**                          **DEFENDANTS**

### ORDER DISMISSING MOTION [70] TO FORWARD THE RECORD AS UNNECESSARY

This matter comes before the court on the plaintiff's motion [70] to forward the Record on Appeal to the Fifth Circuit Court of Appeals. On direct appeals, the Fifth Circuit requests the Record on Appeal when the Court requires it. As such, the instant motion [70] is **DISMISSED** as unnecessary.

**SO ORDERED**, this, the 8th day of June, 2022.

                                                                       /s/ Neal Biggers
                                                                       NEAL B. BIGGERS
                                                                       SENIOR U. S. DISTRICT JUDGE