IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THADDEUS L. JARVIS**                                                      **PLAINTIFF**

**v.**                          **No. 4:20CV193-NBB-JMV**

**COMMISSIONER PELICIA HALL, ET AL.**         **DEFENDANTS**

**ORDER GRANTING PLAINTIFF'S REQUEST [73] FOR
A COPY OF THE DOCKET SHEET IN THIS CASE**

This matter comes before the court on the plaintiff's motion [73] for a copy of the docket sheet in this case. The motion is well taken and is **GRANTED**. The Clerk of the Court is **DIRECTED** to provide the plaintiff with a copy of the docket sheet.

**SO ORDERED**, this, the 8th day of June, 2022.

                                                       /s/ Neal Biggers
                                                      NEAL B. BIGGERS
                                                      SENIOR U. S. DISTRICT JUDGE